UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| JUAN HERNANDEZ, Individually and on Behalf of All Others Similarly Situated,<br>    Plaintiffs,<br><br>v.<br><br>JET WORKS AIR CENTER MANAGEMENT, LLC d/b/a JET WORKS AIR CENTER, JET WORKS AIR CENTER, LTD. d/b/a JET WORKS AIR CENTER, WALTER WAYNE CECIL, HOWARD ARTHUR "TREY" BRYSON, III, R. DAMON WARD, PHIL JORDAN, and DAVID KING,<br>    Defendants. | § § § § § § § § § § § § § § § §   CIVIL ACTION NO. 6:11-cv-00069 |

## FINAL JUDGMENT

The Court previously approved the parties' settlement agreement in this case. Accordingly, all claims in this case are hereby DISMISSED pursuant to the terms of the approved settlement agreement.

It is further ORDERED, ADJUDGED, and DECREED that final judgment be entered in this case. All relief not previously granted is hereby DENIED.

**It is SO ORDERED.**

SIGNED this 22nd day of February, 2012.

_/s/ Michael Schneider_
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE